CHRISTINA Y. MOROVATI, State Bar No. 175718
ARMIJO & MOROVATI
515 South Flower Street, Suite 2025
Los Angeles, CA 90071
Telephone: (213) 612-5335
Facsimile: (213) 612-5712
cmorovati@marmijolaw.com

Attorneys for Defendant Chimney Rock Winery, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APRIL LYNN O'HERN,<br>Plaintiff<br>v.<br>CHIMNEY ROCK WINERY, LLC and DOES 1 to 50, inclusive,<br>Defendants | Case No. 26-cv-06952-TSH<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER** |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, including Plaintiff APRIL LYNN O'HERN and Defendant, CHIMNEY ROCK WINERY, LLC, through their respective attorney of record that:

1. The Initial Case Management Conference in this matter is currently set for October 8, 2026.
2. The parties have not had an opportunity to conduct an early meeting of counsel as required.
3. Therefore, the parties are requesting that the Initial Case Management Conference date

be continued to October 13, 2026 or to a date after October 16, 2026 that the Court can accommodate the parties for a hearing.

6. All parties agree that this stipulation may be executed in one or more counterparts and that facsimile and/or pdf signatures to this stipulation will serve as originals.

IT IS SO STIPULATED.

DATED: October 1, 2026

THE CHOYCE LAW FIRM

By: ______________________
Dionne E. Choyce
Attorneys for Plaintiff April Lynn O'Hern

DATED: October 1, 2026

ARMIJO & MOROVATI

By: ______________________
CHRISTINA Y. MOROVATI
Attorneys for Defendant Chimney Rock Winery, LLC

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

The Initial Case Management Conference will be continued from October 8, 2026 to October 22, 2026 at 10:00 a.m. in Courtroom E.

DATED: October 2, 2026

**United States Magistrate Judge**